IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ROBERT LEE HONG,

    Plaintiff,

v.                               Case No. 4:20cv62-MW/HTC

MARK INCH, et al.,

    Defendants.

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 9, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 10. Accordingly,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED without prejudice** pursuant to 28 U.S.C. § 1915A(b)(1) as malicious for Plaintiff's abuse of the judicial process." The Clerk shall also close the file.

**SO ORDERED on April 9, 2020.**

                                              s/ **MARK E. WALKER**
                                              **Chief United States District Judge**